IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE PIPE
TRADES DISTRICT COUNCIL NO 36
HEALTH AND WELFARE TRUST FUND,
ET AL.,

    Plaintiffs,

  v.

RT/DT, INC., ET AL.,

    Defendants.
_____/

No. C 11-04015 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE MOTION TO ENFORCE SETTLEMENT AGREEMENT**

This matter comes before the Court upon consideration of the Report and Recommendation ("Report") prepared by Magistrate Judge Laurel Beeler, in which she recommends that the Court grant Plaintiffs' motion to enforce the settlement agreement. The deadline for filing objections to the Report has passed, and neither party has filed objections.

The Court has considered the Report, the relevant legal authority, and the record in this case. The Court finds the Report thorough and well reasoned and adopts it in every respect. Accordingly, the Court GRANTS Plaintiffs' motion to enforce the settlement agreement. Plaintiffs may file a motion to recover their attorneys' fees and costs incurred in filing the motion to enforce the settlement agreement, which shall be ruled upon by Magistrate Judge Beeler.

The stipulated judgment shall be entered separately.

**IT IS SO ORDERED.**

Dated: August 6, 2012

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE