MICHAEL E. MOSS 63408
HENRY Y. CHIU 222927
MOSS, TUCKER, CHIU, HEBESHA & WARD
A Professional Corporation
5260 North Palm Avenue, Suite 205
Fresno, California 93704
Telephone: (559) 472-9922

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PIPE TRADES DISTRICT COUNCIL NO. 36 APPRENTICE TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>R T / D T INC, a California corporation, dba THOMAS PLUMBING; ROBERT BRYON THOMAS; DANTE MERLINDA THOMAS; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:11-CV-04015-LB<br><br>**STIPULATION AND ORDER FOR JUDGMENT AGAINST:**<br><br>(1) **R T / D T INC. DBA THOMAS PLUMBING**<br><br>(2) **ROBERT BYRON THOMAS; AND**<br><br>(3) **DANTE MERLINDA THOMAS** |

Plaintiffs Board of Trustees of the Pipe Trades District Council No. 36 Health and Welfare Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Pension Trust Fund, Board of Trustees of the Pipe Trades District Council No. 36 Apprentice Training Trust Fund, and Board of Trustees of the Central California Pipe Trades Industry Labor-Management Cooperation Committee Trust Fund (collectively, "Plaintiffs"), and defendants R T / D T Inc. dba Thomas Plumbing, Robert Bryon Thomas and Dante Merlinda Thomas (collectively, "the

LAW OFFICES
Moss, Tucker, Chiu, Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, California 93704

1
STIPULATION AND ORDER FOR JUDGMENT AGAINST R T / D T INC. ET AL.

Thomases") hereby stipulate, and request an order, as to the following:

1. Plaintiffs and the Thomases entered into a written "Settlement Agreement (Pipe Trades District Council No. 36 Trust Funds and R T / D T Inc. et al)" (the "Agreement"), pertaining to delinquent contributions arising from the Thomases' work on certain construction projects.

2. Among other things, the Agreement called for the Thomases to: remit certain amounts, and provide certain information, within the times described therein; and pre-execute this Stipulation and Order so that Plaintiffs may file it in the event the Thomases fail to comply with their obligations under the Agreement.

3. The Thomases have breached their obligations under the Agreement. Plaintiffs and the Thomases hereby jointly request that the Court issue an order for judgment against the Thomases (R T / D T Inc. dba Thomas Plumbing, Robert Byron Thomas and Dante Merlinda Thomas), jointly and severally, in the amount of $154,902.49 HC 2012-05-31 ("Judgment Amount").[1]

4. Interest shall accrue on the Judgment Amount at the twelve percent (12%) per annum rate specified in the Master Labor Agreement executed by R T / D T. Plaintiffs shall further be entitled to recover all costs and attorneys' fees incurred by them in enforcing this Judgment.

5. Within twenty (20) calendar days of the service of this Judgment upon them, the Thomases shall provide Plaintiffs with all financial, payroll and personnel records necessary (as determined by Plaintiffs) to conduct an audit of R T / D T's contributions for the time periods at issue in this action. The Thomases are hereby placed on notice that failure to comply with this requirement shall constitute grounds for contempt of court. Plaintiffs may, at their sole and unfettered discretion, seek to amend this Judgment based upon the results of said audit.

///

---

[1] The Judgment Amount inserted above includes the payments previously made by the Thomases, if any. Pursuant to the terms of the Agreement: Plaintiffs shall provide the Thomases and ACIC with notice of its intent to file the present Stipulation and Order, and a list of applicable credits, at least five (5) calendar days prior to doing so; and the Thomases hereby authorize Plaintiffs to insert, after their execution of this Stipulation and Order, the Total Amount still owed at the time of filing.

LAW OFFICES
Moss, Tucker, Chiu, Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, California 93704

2
STIPULATION AND ORDER FOR JUDGMENT AGAINST R T / D T INC. ET AL.

6. Plaintiffs shall be entitled to apply to the Court ex parte for any other writs or orders necessary to enforce this Stipulation and Order, or any other provision of the Agreement.

Dated: December 30, 2011.  MOSS, TUCKER, CHIU, HEBESHA & WARD
A Professional Corporation

By _____
HENRY Y. CHIU
Attorney for Plaintiffs

Dated: December 30, 2011.  R T / D T INC. dba
THOMAS PLUMBING

By _____
ROBERT BYRON THOMAS, President

Dated: December 30, 2011.  ROBERT BYRON THOMAS

By _____
ROBERT BYRON THOMAS
In his individual capacity

Dated: December 30, 2011.  DANTE MERLINDA THOMAS

By _____
DANTE MERLINDA THOMAS
In her individual capacity

## ORDER

JUDGMENT IS HEREBY ENTERED AGAINST R T / D T INC. DBA THOMAS PLUMBING, ROBERT BYRON THOMAS AND DANTE MERLINDA THOMAS, JOINTLY AND SEVERALLY, FOR THE AMOUNT SPECIFIED ON THE PRECEDING PAGE.

IT IS SO ORDERED.

Dated: August 6, 2012

_____
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
Moss, Tucker, Chiu,
Hebesha & Ward
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 205
FRESNO, California 93704

3

STIPULATION AND ORDER FOR JUDGMENT AGAINST R T / D T INC. ET AL.